OPINION — AG — QUESTION: "MR. HAL MASON WAS ELECTED TO THE BOARD OF TRUSTEES OF THE TOWN OF FORT SUPLLY, SAID ELECTED POSITION IS SALARIED, AND THAT HE IS EMPLOYED AT THE WESTERN STATE HOSPITAL IN CLASSIFIED SERVICE, AND YOU ASK WHETHER OR NOT MR. MASON'S POSITION ON THE BOARD IS PROHIBITED BY THE MERIT SYSTEM ACT.?" — IT IS VIOLATION OF THE ACT. CITE: 74 O.S. 1961 818 [74-818] (DUAL OFFICE HOLDING DUAL COMPENSATION) (JIM BARNETT)